**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Michael Budukiewicz and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES HAMMOND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KENVUE INC., JOHNSON & JOHNSON, THIBAUT MONGON, PAUL RUH, HEATHER HOWLETT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., HSBC SECURITIES (USA) INC., RBC CAPITAL MARKETS, LLC, BNP PARIBAS SECURITIES CORP., UBS SECURITIES LLC, BBVA SECURITIES INC., ING FINANCIAL MARKETS LLC, INTESA SANPAOLO S.P.A., SANTANDER US CAPITAL MARKETS LLC, UNICREDIT US CAPITAL MARKETS LLC, ACADEMY SECURITIES, INC, | Case No. 3:23-cv-20998-ZNQ-JBD <br><br> **MICHAEL BUDUKIEWICZ'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> **MOTION DATE: January 2, 2024** |

INDEPENDENCE POINT SECURITIES LLC, SAMUEL A. RAMIREZ & CO. INC., R. SEELAUS & CO., LLC, AND SIEBERT WILLIAMS SHANK & CO. LLC,

Defendants.

ROBERT JAMES AUTREY, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

KENVUE INC., JOHNSON & JOHNSON, THIBAUT MONGON, PAUL RUH, and HEATHER HOWLETT,

Defendants.

Case No. 3:23-cv-22435-ZNQ-JBD

**PLEASE TAKE NOTICE** that, on January 2, 2024, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Zahid N. Quraishi, situated at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 4W, Trenton, New Jersey 08608, proposed lead plaintiff Michael Budukiewicz ("Movant"), by his counsel, will hereby move this Court for an Order (attached hereto): (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B); (3) approving Movant's selection

2

of Levi & Korsinsky, LLP ("L&K") as Lead Counsel; and (4) for any such further relief as the Court may deem just and proper. In support of this Motion, Movant submits herewith a Memorandum of Law in Support of the Motion and the Declaration of Adam M. Apton for Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel dated December 8, 2023.

This Motion is made on the grounds that Movant believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I)(bb). Specifically, Movant believes he has the "largest financial interest" in the relief sought by the Class in the Action as a result of the substantial loss he suffered on his purchases of Kenvue Inc. ("Kenvue" or the "Company") securities pursuant and/or traceable to the IPO. Additionally, Movant also believes he "satisf[ies] the requirements of Rule 23 of the Federal Rules of Civil Procedure" because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class. *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I)(cc).

Dated: December 8, 2023                      Respectfully submitted,

                                             **LEVI & KORSINSKY, LLP**

                                             */s/ Adam M. Apton*
                                             Adam M. Apton
                                             33 Whitehall Street, 17th Floor
                                             New York, NY 10004
                                             Tel.: (212) 363-7500

3

Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Michael Budukiewicz and
Proposed Lead Counsel for the Class*

4

**CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby certify that on December 8, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Adam M. Apton*
Adam M. Apton