**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Michael Budukiewicz and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES HAMMOND, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:23-cv-20998-ZNQ-JBD |
| Plaintiff, | **DECLARATION OF ADAM M. APTON IN SUPPORT OF MICHAEL BUDUKIEWICZ'S MOTION CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| v. | |
| KENVUE INC., JOHNSON & JOHNSON, THIBAUT MONGON, PAUL RUH, HEATHER HOWLETT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., HSBC SECURITIES (USA) INC., RBC CAPITAL MARKETS, LLC, BNP PARIBAS SECURITIES CORP., UBS SECURITIES LLC, BBVA SECURITIES INC., ING FINANCIAL MARKETS LLC, INTESA SANPAOLO S.P.A., SANTANDER US CAPITAL MARKETS LLC, UNICREDIT US CAPITAL MARKETS LLC, ACADEMY SECURITIES, INC, | **MOTION DATE: January 2, 2024** |

INDEPENDENCE POINT SECURITIES LLC, SAMUEL A. RAMIREZ & CO. INC., R. SEELAUS & CO., LLC, AND SIEBERT WILLIAMS SHANK & CO. LLC,

Defendants.

ROBERT JAMES AUTREY, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

KENVUE INC., JOHNSON & JOHNSON, THIBAUT MONGON, PAUL RUH, and HEATHER HOWLETT,

Defendants.

Case No. 3:23-cv-22435-ZNQ-JBD

I, ADAM M. APTON, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner of the law firm Levi & Korsinsky, LLP, proposed Lead Counsel for movant Michael Budukiewicz ("Movant"). I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

**Exhibit A:** Sworn Certification signed by Movant;

**Exhibit B:** Movant's estimated loss calculations;

**Exhibit C:** Notice of pendency of class action published on *Business Wire* on October 9, 2023;

**Exhibit D:** Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E:** Levi & Korsinsky, LLP's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December, 2023      */s/ Adam M. Apton*
                                             Adam M. Apton

## **CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby certify that on December 8, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Adam M. Apton*
Adam M. Apton