**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES HAMMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KENVUE INC., JOHNSON & JOHNSON, THIBAUT MONGON, PAUL RUH, HEATHER HOWLETT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., HSBC SECURITIES (USA) INC., RBC CAPITAL MARKETS, LLC, BNP PARIBAS SECURITIES CORP., UBS SECURITIES LLC, BBVA SECURITIES INC., ING FINANCIAL MARKETS LLC, INTESA SANPAOLO S.P.A., | No.: 3:23-cv-20998-ZNQ-JBD<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF TEJBIR GREWAL TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: January 2, 2023** |

[Caption continues on next page.]

1

| | |
|---|---|
| SANTANDER US CAPITAL MARKETS LLC, UNICREDIT US CAPITAL MARKETS LLC, ACADEMY SECURITIES, INC., INDEPENDENCE POINT SECURITIES LLC, SAMUEL A. RAMIREZ & CO. INC., R. SEELAUS & CO., LLC, AND SIEBERT WILLIAMS SHANK & CO. LLC,<br><br>Defendants. | |
| ROBERT JAMES AUTREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KENVUE INC., JOHNSON & JOHNSON, THIBAUT MONGON, PAUL RUH, and HEATHER HOWLETT,<br><br>Defendants. | No.: 3:23-cv-22435-ZNQ-JBD<br><br>CLASS ACTION |

## DECLARATION OF LAURENCE M. ROSEN

I, Laurence M. Rosen, hereby declare under penalty of perjury:

1. I am the Managing Partner of The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I make this Declaration in support of the Motion of Movant Tejbir Grewal

("Movant") to consolidate related actions, to be appointed as Lead Plaintiff, and to approve of The Rosen Law Firm, P.A. to serve as Lead Counsel.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3.     Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.     Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.     Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed: December 8, 2023                    /s/ Laurence M. Rosen
                                              Laurence M. Rosen

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen
Laurence M. Rosen