# Exhibit 3

**Kenvue, Inc. Loss Chart**
**Class Period: Pursuant and/or Traceable to the May 2023 IPO**

| Name | Date Purchased | Shares | Price per Share | Securities Act Price per Share (Capped at $22) | Total | Date Sold | Shares | Price Per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tejbir Grewal | 8/24/2023 | 4,000 | ($23.62) | ($22.00) | ($88,000.00) | 10/27/2023 | 4,000 | $18.21 | $72,840.00 | 0 | 0 | ($15,160.00) |