POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Movant Amine Dehmani
and Proposed Lead Counsel for the
Class*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES HAMMOND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KENVUE INC., JOHNSON & JOHNSON, THIBAUT MONGON, PAUL RUH, HEATHER HOWLETT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., HSBC SECURITIES (USA) INC., RBC CAPITAL MARKETS, LLC, BNP PARIBAS SECURITIES CORP., UBS SECURITIES LLC, BBVA SECURITIES INC., ING FINANCIAL MARKETS LLC, INTESA SANPAOLO S.P.A., | Case No. 3:23-cv-20998-ZNQ-JBD <br><br> NOTICE OF MOTION OF AMINE DEHMANI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> Motion Date: January 2, 2024 |

SANTANDER US CAPITAL
MARKETS LLC, UNICREDIT US
CAPITAL MARKETS LLC,
ACADEMY SECURITIES, INC,
INDEPENDENCE POINT
SECURITIES LLC, SAMUEL A.
RAMIREZ & CO. INC., R. SEELAUS
& CO., LLC, AND SIEBERT
WILLIAMS SHANK & CO. LLC,

    Defendants.

---

ROBERT JAMES AUTREY, Individually
and on Behalf of All Others Similarly
Situated,

    Plaintiff,

    v.

KENVUE INC., JOHNSON &
JOHNSON, THIBAUT MONGON,
PAUL RUH, and HEATHER
HOWLETT,

    Defendants.

Case No. 3:23-cv-22435-ZNQ-JBD

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Amine Dehmani ("Dehmani"), by and through his counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Dehmani as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons who purchased or otherwise acquired Kenvue Inc. ("Kenvue") securities pursuant and/or traceable to the registration statement and related prospectus issued in connection with Kenvue's initial public offering; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  December 8, 2023

Respectfully submitted,

POMERANTZ LLP

*/s/ Thomas H. Przybylowski*
Thomas H. Przybylowski
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com
jalieberman@pomlaw.com

ahood@pomlaw.com

*Counsel for Movant Amine Dehmani
and Proposed Lead Counsel for the
Class*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
(*pro hac vice* application forthcoming)
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Amine Dehmani*

2