UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES HAMMOND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KENVUE INC., JOHNSON & JOHNSON, THIBAUT MONGON, PAUL RUH, HEATHER HOWLETT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., HSBC SECURITIES (USA) INC., RBC CAPITAL MARKETS, LLC, BNP PARIBAS SECURITIES CORP., UBS SECURITIES LLC, BBVA SECURITIES INC., ING FINANCIAL MARKETS LLC, INTESA SANPAOLO S.P.A., SANTANDER US CAPITAL MARKETS LLC, UNICREDIT US CAPITAL MARKETS LLC, ACADEMY SECURITIES, INC, INDEPENDENCE POINT SECURITIES LLC, SAMUEL A. RAMIREZ & CO. INC., R. SEELAUS & CO., LLC, AND SIEBERT WILLIAMS SHANK & CO. LLC,<br><br>Defendants. | Case No. 3:23-cv-20998-ZNQ-JBD<br><br><br>**ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF, AND APPOINTING LEAD & LIAISON COUNSEL** |
| ROBERT JAMES AUTREY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KENVUE INC., JOHNSON & JOHNSON, THIBAUT MONGON, PAUL RUH, and HEATHER HOWLETT,<br><br>Defendants. | Case No. 3:23-cv-22435-ZNQ-JBD |

Having considered the Motion (ECF No. 18 in 23-cv-20998) of Joseph Ditta for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel ("Ditta's Motion"), as well as counsel's recent letter (ECF No. 31) advising that Ditta's Motion is no longer opposed; and good cause appearing, the Court ORDERS as follows:

1. Ditta's Motion (ECF No. 18) is hereby GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Kenvue Inc. Securities Litigation*, Master File No. 3:23-cv-20998-ZNQ-JBD; the Clerk's Office is instructed to mark 23-cv-22435 as CLOSED; and

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), appoints Joseph Ditta as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class, and Carella Byrne Cecchi Brody & Agnello, P.C. as Liaison Counsel for the class; and

5. The competing motions to consolidate and appoint lead plaintiff (ECF Nos. 15, 16, 17 in 23-cv-20998) are hereby DENIED AS MOOT.

IT IS SO ORDERED.

Dated: December 28, 2023

_____
HON. ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE