# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

———

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | PETER G. STEWART | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | FRANCIS C. HAND | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | MELISSA E. FLAX | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | DAVID G. GILFILLAN | JOHN G. ESMERADO | JORDAN M. STEELE** |
| | G. GLENNON TROUBLEFIELD | STEVEN G. TYSON | SEAN M. KILEY |
| | BRIAN H. FENLON | MATTHEW J. CERES | ROBERT J. VASQUEZ |
| CHARLES C. CARELLA | CAROLINE F. BARTLETT | ZACHARY A. JACOBS*** | BRITTNEY M. MASTRANGELO |
| 1933 – 2023 | ZACHARY S. BOWER+ | JASON H. ALPERSTEIN+ + | GRANT Y. LEE*** |
| | DONALD A. ECKLUND | | |
| | CHRISTOPHER H. WESTRICK* | OF COUNSEL | |
| | STEPHEN R. DANEK | | |
| | MICHAEL A. INNES | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | **MEMBER NY BAR | |

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

July 5, 2024

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** ***Hammond v. Kenvue Inc. et al.*,**
> **Case No. 3:23-cv-20998-ZNQ-JBD**

Dear Judge Quraishi:

We write on behalf of Plaintiffs with the consent of Defendants in the above-captioned action.

Plaintiffs respectfully request a five (5) page-limit increase for their upcoming response to Defendants' Motion to Dismiss served on Plaintiffs on May 13, 2024.  As per the January 10, 2024 scheduling order (see ECF No. 37), Defendants served their brief in support of their motion to dismiss on Plaintiffs on May 13, 2024; Plaintiffs will oppose the motion by July 12, 2024; Defendants will reply by August 26, 2024; and all motion to dismiss papers will be filed on August 26, 2024.

Under Local Rule 7.2, Plaintiffs are permitted to file a single 40-page brief in 14-point font in response to the above referenced motion. Plaintiffs' request thus seeks a total of 45 pages for their opposition brief. In seeking Defendants' consent to this request, Plaintiffs offered to provide Defendants the same five page increase for their reply brief.  Defendants accepted this offer and their consent to Plaintiffs' request is conditioned on the increases for both sides.  Under Local Rule 7.2, Defendants would be permitted to file a 15-page reply in 14-point font. Thus, Defendants seek permission to file a 20-page reply brief in 14-point font.

If the requests herein are acceptable to Your Honor, we request that the Court "So Order" this letter and return a "filed" copy to us through the Court's ECF system.

July 8, 2024
Page  2

       Thank you for your consideration. We are available at the Court's convenience to discuss any questions that the Court may have.

                                 Respectfully Submitted,

                                 */s/ James E. Cecchi*
                                 James E. Cecchi