James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
**CARELLA BYRNE CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com

Robert V. Prongay
Leanne H. Solish
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Plaintiffs*

*Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re KENVUE INC. SECURITIES LITIGATION<br><br>This Document Relates To:  ALL CASES | Case No.: 3:23-cv-20998-ZNQ-JBD |

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

James E. Cecchi declares as follows:

1.      I am an attorney licensed to practice law in the State of New Jersey, and am a partner at the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), Liaison Counsel for Plaintiffs in this case. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint.

2.      Attached as Exhibit 1 is a true and correct copy of Alvin Powell, *Why are ineffective oral decongestants still on store shelves?*, Harvard Gazette, Sept. 20, 2023 (available at https://news.harvard.edu/gazette/story/2023/09/why-are-ineffective-oral-decongestants-still-on-store-shelves).

3.      Attached as Exhibit 2 is a true and correct copy of Lesley McClurg, *After Leading Decongestant Found Ineffective, Many Doctors Say 'Not Much' Works for Treating Common Cold, KQED*, Sept. 16, 2023 (available at https://www.kqed.org/news/11961481/after-panel-finds-no-evidence-forleading-drug-in-cold-meds-doctors-warn-other-remedies-also-lack-proven-effectiveness).

4.      Attached as Exhibit 3 is a true and correct copy of Johnson & Johnson's August 23, 2023 press release (available at https://www.jnj.com/media-center/press-releases/johnson-johnson-announces-final-results-of-exchange-offer-and-finalizes-separation-of-kenvue-inc).

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2024, at Roseland, New Jersey.

*s/ James E. Cecchi*
James E. Cecchi