**McCARTER & ENGLISH, LLP**
David R. Kott, Esq.
Joseph G. Braunreuther, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
dkott@mccarter.com
jbraunreuther@mccarter.com

**SIDLEY AUSTIN LLP**
Kristen R. Seeger, Esq. (*pro hac vice*)
John M. Skakun III, Esq. (*pro hac vice*)
Christopher Y. Lee, Esq. (*pro hac vice*)
Takayuki Ono, Esq. (*pro hac vice*)
One South Dearborn
Chicago, IL 60603
(312) 853-7000
kseeger@sidley.com
jskakun@sidley.com
chris.lee@sidley.com
tono@sidley.com
*Counsel for Kenvue, the Individual Defendants, and Johnson & Johnson*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE KENVUE INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Master File No.<br>3-23-cv-20998-ZNQ-JBD<br><br>**CERTIFICATE OF SERVICE** |

DAVID R. KOTT, of full age, hereby certifies as follows:

1.      I am employed by McCarter & English, LLP, attorneys for Defendants Kenvue Inc., Thibaut Mongon, Paul Ruh, Heather Howlett, Larry Merlo, Richard E. Allison, Jr., Peter M. Fasolo, Tamara S. Franklin, Seemantini Godbole, Melanie L. Healey, Betsy D. Holden, Vasant Prabhu, Michael E. Sneed, and Joseph J. Wolk ("the Individual Defendants") and  Johnson & Johnson.

ME1 49549633v.1

2.　On August 26, 2024, I caused to be filed via ECF with the Clerk for the United States District Court for the District of New Jersey, the following documents:

(a)　Defendants' Reply in Support of their Motion to Dismiss Plaintiffs' Amended Class Action Complaint and Jury Demand for Failure to State a Claim Upon Which Relief Can Be Granted;

(b)　Certificate of Service.

3.　On August 26, 2024 copies of the aforementioned documents were served via ECF upon all Counsel of Record.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

　*s/ David R. Kott*

David R. Kott

Dated:  August 26, 2024

ME1 49549633v.1