**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**IN RE KENVUE INC. SECURITIES LITIGATION**

This Document Relates to ALL CASES

Civil Action No. 23-20998 (ZNQ) (JBD)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by thirty-four defendants including Kenvue Inc., Individual Defendants consisting of officers and directors of Johnson & Johnson and Kenvue, Johnson & Johnson itself, and various investment banks as underwriters (collectively, "Defendants") (the "Motion," ECF No. 86).

For the reasons set forth in the accompanying Opinion,

**IT IS** on this **24th** day of **March 2025**,

**ORDERED** that Defendants' Motion (ECF No. 86) is hereby **DENIED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**