**McCARTER & ENGLISH, LLP**
David R. Kott, Esq.
Joseph G. Braunreuther, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
dkott@mccarter.com
jbraunreuther@mccarter.com

**SIDLEY AUSTIN LLP**
Kristen R. Seeger, Esq. (*pro hac vice*)
John M. Skakun III, Esq. (*pro hac vice*)
Maseeh Moradi, Esq. (*pro hac vice to be filed*)
One South Dearborn
Chicago, IL 60603
(312) 853-7000
kseeger@sidley.com
jskakun@sidley.com
mmoradi@sidley.com
*Counsel for Kenvue, the Individual Defendants, and Johnson & Johnson*

**PAUL HASTINGS LLP**
Isaac Ashkenazi, Esq.
Barry G. Sher, Esq. (*pro hac vice*)
Jennifer L. Conn, Esq. (*pro hac vice*)
200 Park Avenue
New York, NY 10166
(212) 318-6000
isaacashkenazi@paulhastings.com
barrysher@paulhastings.com
jenniferconn@paulhastings.com
*Counsel for the Underwriter Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE KENVUE INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Master File No.<br>3-23-cv-20998-ZNQ-JBD<br><br>**NOTICE OF MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR AN ORDER CERTIFYING AN INTERLOCUTORY APPEAL**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:

James E. Cecchi, Esq.
Donald A. Ecklund, Esq.
Kevin G. Cooper, Esq.
**CARELLA BYRNE CECCHI,
BRODY & ANGELO, P.C.**
5 Becker Farm Road
Roseland, NJ 07078
*Liaison Counsel for Plaintiffs*

Robert V. Prongay, Esq.
Leanne H. Solish, Esq.
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
*Lead Counsel for Plaintiffs*

COUNSEL:

**PLEASE TAKE NOTICE** that on Monday, May 5, 2025 at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, Defendant Kenvue Inc., Defendants Thibaut Mongon, Paul Ruh, Heather Howlett, Larry Merlo, Richard E. Allison, Jr., Peter M. Fasolo, Tamara S. Franklin, Seemantini Godbole, Melanie L. Healey, Betsy D. Holden, Vasant Prabhu, Michael E. Sneed, and Joseph J. Wolk (the "Individual Defendants"), Defendant Johnson & Johnson, and Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., RBC Capital Markets LLC, BNP Paribas Securities Corp., UBS Securities LLC, BBVA Securities Inc., ING Financial Markets LLC, Intesa Sanpaolo S.p.A., Santander US Capital Markets LLC, UniCredit Capital Markets LLC, Academy Securities, Inc., Independence Point Securities LLC, Samuel A. Ramirez & Co. Inc., R. Seelaus & Co. LLC and Siebert Williams Shank & Co. LLC (the "Underwriter Defendants") shall apply to the United States District Court for the District of New Jersey for the entry of an Order Granting Defendants' Motion for Reconsideration of the Court's March 24, 2025 Order and Opinion and Dismissing the Consolidated Amended Class Action Complaint in its entirety for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6); or, in the alternative, Granting Certification of an Interlocutory Appeal.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, we shall rely upon the Brief in Support of Defendants' Motion for Reconsideration or, in the Alternative, for an Order Certifying an Interlocutory Appeal.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

                              **MCCARTER & ENGLISH, LLP**

                              *s/ David R. Kott*

                              By:    David R. Kott
                                     A Member of the Firm

Dated: April 7, 2025


                              **SIDLEY AUSTIN LLP**
                              Kristen R. Seeger, Esq. (*pro hac vice*)
                              John M. Skakun III, Esq. (*pro hac vice*)
                              Maseeh Moradi, Esq. (*pro hac vice to be filed*)
                              One South Dearborn
                              Chicago, IL 60603
                              (312) 853-7000

                              *Counsel for Kenvue, the Individual Defendants,*
                              *and Johnson & Johnson*


                              By:    *s/ Isaac Ashkenazi*
                              **PAUL HASTINGS LLP**
                              Isaac Ashkenazi, Esq.
                              Barry G. Sher, Esq. (*pro hac vice*)
                              Jennifer L. Conn, Esq. (*pro hac vice*)
                              200 Park Avenue
                              New York, NY 10166
                              (212) 318-6000

                              *Counsel for the Underwriter Defendants*