**McCARTER & ENGLISH, LLP**
David R. Kott, Esq.
Joseph G. Braunreuther, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
dkott@mccarter.com
jbraunreuther@mccarter.com

**SIDLEY AUSTIN LLP**
Kristen R. Seeger, Esq. (*pro hac vice*)
John M. Skakun III, Esq. (*pro hac vice*)
Maseeh Moradi, Esq. (*pro hac vice to be filed*)
kseeger@sidley.com
jskakun@sidley.com
mmoradi@sidley.com
One South Dearborn
Chicago, IL 60603
(312) 853-7000
*Counsel for Kenvue, the Individual Defendants, and Johnson & Johnson*

**PAUL HASTINGS LLP**
Isaac Ashkenazi, Esq.
Barry G. Sher, Esq. (*pro hac vice*)
Jennifer L. Conn, Esq. (*pro hac vice*)
200 Park Avenue
New York, NY 10166
(212) 318-6000
isaacashkenazi@paulhastings.com
barrysher@paulhastings.com
jenniferconn@paulhastings.com
*Counsel for the Underwriter Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE KENVUE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Master File No.<br>3-23-cv-20998-ZNQ-JBD<br><br>**[ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION AND DISMISSING PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT]**<br><br>OR<br><br>**[ORDER CERTIFYING INTERLOCUTORY APPEAL]** |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Defendants, Kenvue Inc., Thibaut Mongon, Paul Ruh, Heather Howlett, Larry Merlo, Richard E. Allison, Jr., Peter M. Fasolo, Tamara S. Franklin, Seemantini Godbole, Melanie L. Healey, Betsy D. Holden, Vasant Prabhu, Michael E. Sneed, and Joseph J. Wolk ("Individual Defendants"), Johnson & Johnson and by Paul Hastings LLP, attorneys for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., RBC Capital Markets LLC, BNP Paribas Securities Corp., UBS Securities LLC, BBVA Securities Inc., ING Financial Markets LLC, Intesa Sanpaolo S.p.A., Santander US Capital Markets LLC, UniCredit Capital Markets LLC, Academy Securities, Inc., Independence Point Securities LLC, Samuel A. Ramirez & Co. Inc., R. Seelaus & Co. LLC and Siebert Williams Shank & Co. LLC (the "Underwriter Defendants") seeking an Order reconsidering the Court's March 24, 2025 Order and Opinion (ECF 95, 96) and dismissing Plaintiffs' Consolidated Amended Class Action Complaint with prejudice and without costs in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6); or, in the alternative, certifying an interlocutory appeal; and the Court having considered the papers submitted in support of and in opposition to the Motion; and for good cause appearing;

**IT IS** on this _____ day of _____, 202_,

[**ORDERED** that Defendants' Motion for Reconsideration of the Court's March 24, 2025 Order and Opinion be and hereby is GRANTED; and it is further

**ORDERED** that Plaintiffs' Consolidated Amended Class Action Complaint be and hereby is DISMISSED with prejudice and without costs.]

OR

[**ORDERED** that Defendants' Motion for Certification of an Interlocutory Appeal be and hereby is GRANTED; and it is further

**ORDERED** that each of the three issues raised in Defendants' Brief in Support of Their Motion is CERTIFIED for interlocutory appeal; and it is further

**ORDERED** that Defendants may file a Petition for Permission to Appeal with the United States Court of Appeals for the Third Circuit in accordance with Federal Rule of Appellate Procedure 5(a).]

_____

Hon. Zahid N. Quraishi, U.S.D.J.