**McCARTER & ENGLISH, LLP**
David R. Kott, Esq.
Joseph G. Braunreuther, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 624-7070 FAX

**SIDLEY AUSTIN LLP**
Kristen R. Seeger, Esq. (*pro hac vice*)
John M. Skakun, III, Esq. (*pro hac vice*)
Maseeh Moradi, Esq. (*pro hac vice to be filed*)
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 FAX

*Counsel for Kenvue, the Inidividual Defendants, and Johnson & Johnson*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE KENVUE INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Master File No.<br>3-23-cv-20998-ZNQ-JBD<br><br>**CERTIFICATE OF SERVICE** |

DAVID R. KOTT, of full age, hereby certifies as follows:

1.    I am employed by McCarter & English, LLP, attorneys for Defendants Kenvue, the Individual Defendants, and Johnson & Johnson.

2.    On April 7, 2025, I caused to be filed via ECF with the Clerk for the United States District Court for the District of New Jersey, the following documents:

(a)    Defendants' Notice of Motion for Reconsideration or, in the Alternative, for an Order Certifying an Interlocutory Appeal;

(b)    Brief in Support of Defendants' Motion for Reconsideration or, in the Alternative, for an Order Certifying an Interlocutory Appeal;

(c)    Proposed Form of Order Granting Defendants' Motion for Reconsideration or, in the Alternative, for an Order Certifying an Interlocutory Appeal; and

(d)    Certificate of Service.

3.    On April 7, 2025, copies of the aforementioned documents were served via ECF upon all Counsel of Record.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

*/s/ David R. Kott*
David R. Kott

Dated:  April 7, 2025