April 12, 2025

**BY ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re:  ***Hammond v. Kenvue Inc. et al.*, Case No. 3:23-cv-20998-ZNQ-JBD**

Dear Judge Quraishi and Judge Day:

  We are counsel to Plaintiffs Joseph Ditta and David Gruthoff in the above-referenced action.  This letter is written in coordination with counsel for the Defendants regarding the briefing schedule for Defendants' Motion For Reconsideration, Or In The Alternative, For An Order Certifying Interlocutory Appeal (ECF No. 100, the "Reconsideration Motion") and related case management issues.

  First, Plaintiffs' counsel are heavily engaged with other matters in several other courts and require an extension to allow sufficient time to analyze the arguments raised in Defendants' reconsideration brief and to prepare a response.  Plaintiffs respectfully request an extension of time from April 21, 2025 to May 7, 2025.  This modest extension will give counsel the necessary time to prepare Plaintiffs' response brief.  Defendants do not oppose this requested extension.

  Second, while the Parties hold differing positions as to whether a motion for reconsideration of a motion to dismiss can be construed as a "motion to dismiss" as that term is used in the PSLRA and stays "discovery and other proceedings ... during the pendency of any motion to dismiss," 15 U.S.C. § 77z-1(b)(1), they have agreed to a partial stay of discovery pending the resolution of Defendants' Reconsideration Motion.  Specifically, pending resolution of the Reconsideration Motion:

- The Parties have agreed to confer regarding a protocol for the production of electronically stored information and a proposed confidentiality order to govern this action.

- Plaintiffs, Kenvue, the Individual Defendants, and Johnson & Johnson have agreed to informally exchange initial disclosures and written discovery requests that will be deemed served upon resolution of Reconsideration Motion, if that resolution does not result in the dismissal of the action or certification of an interlocutory appeal.

- Plaintiffs, Kenvue, the Individual Defendants, and Johnson & Johnson have also agreed to work in good faith to make an initial production of non-custodial documents reasonably soon after the Parties' responses to written discovery are served, depending on the resolution of the Reconsideration Motion.

Hon. Zahid N. Quraishi, U.S.D.J.
Hon. J. Brendan Day, U.S.M.J.
April 12, 2025
Page 2

Third, in light of the pending Reconsideration Motion and the Parties' discovery agreement, Defendants request a stay as to their pending answer to the Amended Complaint, presently due June 6, 2025. Plaintiffs do not oppose this request.

Fourth, and finally, in light of the pending Reconsideration Motion and the Parties' discovery agreement, the Parties respectfully request that the scheduling conference, currently scheduled for May 6, 2025, and all related deadlines, be stayed pending resolution of the Reconsideration Motion.

We thank the Court for its consideration regarding the above matters.

Respectfully submitted,

**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C., LLP**
*Liaison Counsel for Plaintiffs*

By: */s/ James E. Cecchi*
James E. Cecchi

**McCARTER & ENGLISH, LLP**
*Counsel for Kenvue, the Individual Defendants, and Johnson & Johnson*

By: */s/ David R. Kott*
David R. Kott

**PAUL HASTINGS LLP**
*Counsel for the Underwriter Defendants*

By: */s/ Jennifer L. Conn*
Jennifer L. Conn

cc:    All Counsel of Record

**SO ORDERED**
s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
DATED: 04/14/2025