**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE KENVUE INC. SECURITIES LITIGATION | Civil Action No. 23-20998 (ZNQ) (JBD) |
| This Document Relates to ALL CASES | **ORDER** |

**QURAISHI, District Judge**

THIS MATTER comes before the Court upon a Motion for Reconsideration filed by thirty-four defendants including Kenvue Inc., Individual Defendants consisting of officers and directors of Johnson & Johnson and Kenvue, Johnson & Johnson itself, and various investment banks as underwriters (collectively, "Defendants") (the "Motion," ECF No. 100.)  For the reasons set forth in the accompanying Opinion,

IT IS on this **4th** day of **November 2025,**

ORDERED that Defendants' Motion for Reconsideration (ECF No. 100) is hereby DENIED.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**